| | |
|---|---|
| 1  JOSEPH P. RUSSONIELLO (CSBN 44332)<br>    United States Attorney | **FILED** |
| 2 | |
| 3  BRIAN J. STRETCH (CSBN 163973)<br>    Chief, Criminal Division | AUG 2 5 2008 |
| 4  PETER B. AXELROD (CSBN 190843)<br>    Assistant U.S. Attorney | RICHARD W. WIEKING<br>CLERK, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF CALIFORNIA |

5
6    450 Golden Gate Ave (11th Floor)
     San Francisco, CA 94102
     Telephone: (415) 436-7200
7    Facsimile: (415) 436-7234
     E-mail: Peter.Axelrod@usdoj.gov
8
     Attorneys for the United States
9
                        UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12                                              3   08   70556  JCS

13   UNITED STATES OF AMERICA,        )    CRIMINAL NO.
                                      )
14        Plaintiff,                  )
                                      )    NOTICE OF PROCEEDINGS ON
15        v.                          )    OUT-OF-DISTRICT CRIMINAL
                                      )    CHARGES PURSUANT TO RULES
16   MARK ANTHONY VALVERDE,           )    5(c)(2) AND (3) OF THE FEDERAL RULES
                                      )    OF CRIMINAL PROCEDURE
17        Defendant.                  )
                                      )
18   _____)

19        Please take notice pursuant to Rules 5(c)(2) and (3) of the Federal Rules of Criminal

20   Procedure that on August 22, 2008, the above-named defendant was arrested based upon an

21   arrest warrant (copy attached) issued upon an

22        ☑ Indictment

23        ☐ Information

24        ☐ Criminal Complaint

25        ☐ Other (describe) _____

26   pending in the Eastern District of California, Case Number 2:08-CR-00187 LKK.

27

28

RULE 5 NOTICE                               1

1     In that case, the defendant is charged with a violation of Title 18, United States Code, Section § 2250(a).

    Description of Charges: Failure to Register as a Sex Offender.

Respectfully Submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

Date: 8/25/08

PETER B. AXELROD
Assistant U.S. Attorney

# ATTACHMENT

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

1434685

2008 APR 24 PM 2:29

EASTERN DISTRICT
OF CALIFORNIA

USA,

v.

**WARRANT FOR ARREST**

**MARK ANTHONY VALVERDE,**

Case Number: 2:08-CR-00187-LKK

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Mark Anthony Valverde,

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment    ☐ Information    ☐ Violation Petition    ☐ Other _____

charging him or her with (brief description of offense)

**Failure to Register as a Sex Offender**

in violation of Title  18                     United States Code, Section(s)  2250 (a)

| | |
|---|---|
| M. Margiel | Deputy Clerk |
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 4/24/08           Sacramento |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at  $NO BAIL | by  Magistrate Judge Dale A. Drozd |

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant

| Date Received | Name and Title of Arresting Officer |
|---|---|
| | |
| Date of Arrest | Signature of Arresting Officer |

```
1  McGREGOR W. SCOTT
   United States Attorney
2  KENNETH J. MELIKIAN
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2700
```



FILED
APR 2 4 2008
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )   2:08-CR-0187 LKK
                           )
       Plaintiff,          )   VIOLATION: 18 U.S.C. § 2250(a)
                           )   - Failure to Register as a Sex
       v.                  )   Offender
                           )
MARK ANTHONY VALVERDE,     )
                           )
       Defendant.          )

I hereby certify that the annexed
instrument is a true and correct copy of
the original on file in my office.
ATTEST: VICTORIA C. MINOR
Clerk, U.S. District Court
Eastern District of California
By: _____
                    Deputy Clerk
Date: April 24, 2008

INDICTMENT

The Grand Jury charges: T H A T

MARK ANTHONY VALVERDE, defendant herein, beginning on or about January 6, 2008, and continuing to on or about January 23, 2008, in the Counties of San Joaquin and Solano, State and Eastern District of California, and the County of Clay, State and Western District of Missouri, being a person required to register under the Sex Offender Registration and Notification Act, did travel in interstate and foreign commerce, and did knowingly fail to register and update a registration as required by the Sex Offender Registration and

1  Notification Act, in violation of Title 18, United States Code,
2  Section 2250(a).
3
4                                          A TRUE BILL.
5
6                                          
7                                          _____
8                                          FOREPERSON
9
10
11  [signature: Larry Brown]
    McGREGOR W. SCOTT
12  United States Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

U.S. MARSHAL SERVICE   Fax:9169302050   Aug 20 2008 06:23am   P008/009
U.S. MARSHAL SERVICE   Fax:9169302050   Aug 20 2008 06:24am   P007/009

2 08 - 0187 LKK

## PENALTY SLIP

**DEFENDANT:** MARK ANTHONY VALVERDE
**VIOLATION:** 18 U.S.C. § 2250(a) - Failure to Register as a Sex Offender
**PENALTY:** Not more than 10 years imprisonment, or Not more that $250,000 fine, or both
3 years of supervised release
**ASSESSMENT:** $100

AO 257 (Rev. 5/2003)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION — IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING INFORMATION ☐ SUPERSEDING

Name of District Court, and/or Judge Magistrate Location (city)
**EASTERN DISTRICT OF CALIFORNIA**
**SACRAMENTO, CALIFORNIA**

**OFFENSE CHARGED**
FAILURE TO REGISTER AS A SEX OFFENDER
☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of Offense: SAN JOAQUIN & SOLANO
USC Citations: 18 U.S.C. § 2250(a)

**DEFENDANT — U.S. vs.**
MARK ANTHONY VALVERDE
Address: SOLANO COUNTY JAIL
Birth Date: 12/19/1958
☒ Male ☐ Female ☐ Alien (if applicable)

(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)
**U.S. MARSHALS SERVICE**

☐ this person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceeding or appearance(s) before U.S. Magistrate regarding this defendant were recorded under
MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM: Deputy U.S. Marshal
☐ U.S. Att'y ☒ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): AUSA KENNETH J. MELIKIAN

### DEFENDANT
**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☒ On another conviction ☐ Fed'l ☒ State
6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No
If "Yes" give date

DATE OF ARREST: Mo. ___ Day ___ Year ___
Or... if arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY: Mo. ___ Day ___ Year ___

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
ISSUE BENCH WARRANT... IN STATE CUSTODY... (SOLANO COUNTY JAIL)....... DETENTION/BAIL TO BE DETERMINED... AT INITIAL APPEARANCE

2:08-R-0187