UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

Aug. 26, 2008

Office of the Clerk
U.S. District Court
    501 "I" St.
    Sacramento CA 95814

Case Name:    The U.S.A. v. Mark Anthony Valverde
Case Number:  3-08-70556 MAG
Charges:     18:2250(a) Failure to register as sex offender

Dear Clerk:

    The above charges originated in your district and the defendant has appeared before U.S. Magistrate Judge Joseph Spero   The following action has been taken:

    (X)    The U.S. Marshal has been ordered to remove this defendant to your district forthwith.
    ( )    The defendant has a court appearance in your court on:

Enclosed are the following documents:
    original Rule 40 affidavit
    original minute orders
    certified copy of *AO 94, Commitment to Another District*

    Please acknowledge receipt of the documents on the attached copy of this letter and return in the envelope provided.

Sincerely yours,

RICHARD WIEKING, Clerk

by: Lori Murray
Case Systems Administrator

Enclosures
cc: Financial Office

---

Receipt of the above-described documents is acknowledged herewith and assigned case number:

08Cr 0187 LKK

Date: 8/28/08

CLERK, U.S. DISTRICT COURT

By a Benson